# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Jose Alberto Garcia Acosta,<br>a.k.a.: Jose Alberto Garcia-Acosta,<br>(A206 089 371)<br>*Defendant* | Case No. 17-9486 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 8, 2014, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Jose Alberto Garcia Acosta, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Calexico, California, on or about January 27, 2014, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Natalie B. Huddleston

☒ Continued on the attached sheet.

*Complainant's signature*

Darrin J. McNeill,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 30, 2017

*Judge's signature*

Eileen S. Willett,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Darrin J. McNeill, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On August 8, 2014, Jose Alberto Garcia Acosta was arrested by the Phoenix Police Department and booked into the Maricopa County Jail (MCJ) on local charges. While incarcerated at the MCJ, Garcia Acosta was examined by ICE Officer T. Thornbloom who determined Garcia Acosta to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the county jail. On October 27, 2017, Garcia Acosta was released from the Arizona Department of Corrections and transported to the Phoenix ICE office for further investigation and processing. Garcia Acosta was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Jose Alberto Garcia Acosta to be a citizen of Mexico and a previously deported alien. Garcia Acosta was removed from the United States to Mexico through Calexico, California, on or about January 27, 2014, pursuant to an order of removal issued by an immigration official. There is no record of Garcia Acosta in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to

1

the United States after his removal. Garcia Acosta's immigration history was matched to him by electronic fingerprint comparison.

4. On October 27, 2017, Jose Alberto Garcia Acosta was advised of his constitutional rights. Garcia Acosta freely and willingly agreed to provide a statement under oath. Garcia Acosta stated that his true and complete name is Jose Alberto Garcia Acosta and that he is a citizen of Mexico. Garcia Acosta stated that he illegally entered the United States in 2014, through "Sonoita," without inspection by an immigration officer. Garcia Acosta further stated that he had been removed from the United States to Mexico.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about August 8, 2014, Jose Alberto Garcia Acosta, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States

///

///

///

at or near Calexico, California, on or about January 27, 2014, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

_____
Darrin J. McNeill,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 30th day of October, 2017.

_____
Eileen S. Willett,
United States Magistrate Judge